CHARLES S. MILLER *v.* FREDERICK G. REINCKE,
WARDEN, CONNECTICUT STATE PRISON

KING, C. J., ALCORN, HOUSE, COTTER and THIM, Js.

Argued October 9—decided October 9, 1968

*Arnold H. Klau,* special public defender, for the
appellant (plaintiff).

*Walter M. Pickett, Jr.,* assistant state's attorney,
for the appellee (state).

PER CURIAM. The judgment is affirmed on the
authority of *Reed* v. *Reincke,* 155 Conn. 591, 236
A.2d 909, and *D'Amico* v. *Reincke,* 155 Conn. 627,
236 A.2d 914.

There is no error.